IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSE
AT KNOXVILLE

| | |
|---|---|
| COREY HEDRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-CV-0523 |
| ) | (VARLAN/GUYTON) |
| G.UB.MK CONSTRUCTORS, a joint ) | |
| venture between URS CORPORATION, ) | |
| WILLIAMS PLANT SERVICES, LLC ) | |
| and WORLEYPARSONS GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

Come the parties, Plaintiff, Corey Hedrick, and Defendants, G.UB.MK Constructors, URS Corporation, Williams Plant Services, LLC and WorleyParsons Group, Inc., and hereby stipulate and agree that the above captioned matter shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii). The parties also stipulate that each party shall bear their own attorneys' fees, discretionary costs and any Court costs. Therefore, it is

**ORDERED, ADJUDGED** and **DECREED** that this case is DIMISSED WITH PREJUDICE.

It is further **ORDERED** that each party shall bear their own attorneys' fees, discretionary costs and any Court costs.

ENTERED this 3rd day of December, 2013.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

By: _____
Corey Hedrick, *Pro Se*
562 Murray Drive
Knoxville, Tennessee 37912
(865) 692-7548



By: _____
Rebecca B. Murray, BPR#011622
Jerome D. Pinn, BPR#017848
Wimberly Lawson Wright Daves & Jones, PLLC
550 Main Avenue, Suite 900
Knoxville, TN 37902
(865) 546-1000

*Attorneys for Defendants*